AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

DERRICK EVANS

*Plaintiff(s)*

v.

THE HUFFINGTON POST.COM, INC. and ASHLEY FEINBERG

*Defendant(s)*

Civil Action No. 1:19-cv-536-HSO-JCG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ashley Feinberg
15 Metrotech Center
New York, New York 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John P. Sneed
WISE CARTER CHILD & CARAWAY, P.A.
600 Heritage Building
401 East Capitol Street
Jackson, Mississippi 32901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 8-22-19

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DERRICK EVANS<br><br>*Plaintiff(s)*<br>v.<br>THE HUFFINGTON POST.COM, INC. and ASHLEY FEINBERG<br><br>*Defendant(s)* | Civil Action No. 1:19-cv-536-HSO-JCG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE HUFFINGTON POST.COM, INC.
770 Broadway
New York, New York 10003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John P. Sneed
WISE CARTER CHILD & CARAWAY, P.A.
600 Heritage Building
401 East Capitol Street
Jackson, Mississippi 32901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 8-22-19

*Signature of Clerk or Deputy Clerk*