## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK EVANS,** | **PLAINTIFF** |
| **VERSUS** | **CAUSE NO. 1:19-cv-536-HSO-JCG** |
| **THEHUFFINGTONPOST.COM, INC. AND ASHLEY FEINBERG** | **DEFENDANTS** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANTS THEHUFFINGTONPOST.COM AND ASHLEY FEINBERG

Defendants TheHuffingtonPost.com, Inc. and Ashley Feinberg (collectively, "Defendants") file this Unopposed Motion for Extension of Time, and in support thereof state the following:

1. Defendants' responsive pleading to Plaintiff Derrick Evans's Complaint [Dkt. 1] is due on Monday, September 16, 2019.

2. Counsel for Defendants requires additional time to adequately respond to the allegations contained therein.

3. Counsel for Defendants has contacted counsel for Plaintiff, who is not opposed to a thirty (30) day extension of time for Defendants to respond, up to and including October 16, 2019.

**WHEREFORE,** Defendants respectfully request that the Court enter an Order granting Defendants' Motion for Extension of Time and extending Defendants' time to prepare a responsive pleading to Plaintiff's Complaint by thirty (30) days, up to and including October 16, 2019.

**RESPECTFULLY SUBMITTED**, this the 13th day of September, 2019.

                                                */s/ Michael J. Bentley*
                                                W. Wayne Drinkwater
                                                wdrinkwater@bradley.com
                                                Michael J. Bentley
                                                mbentley@bradley.com

                                                BRADLEY ARANT BOULT CUMMINGS LLP
                                                Suite 1000, One Jackson Place
                                                188 East Capitol Street
                                                Post Office Box 1789
                                                Jackson, MS 39215-1789
                                                Telephone: (601) 948-8000
                                                Facsimile: (601) 948-3000

                                                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the above and foregoing pleading with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

So certified, this the 13th day of September, 2019.

*/s/ Michael J. Bentley*_____
One of the Attorneys for Defendants
TheHuffingtonPost.Com, Inc. and
Ashley Feinberg