# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

|  |  |
|---|---|
| **DERRICK EVANS,**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**THE HUFFINGTON POST.COM, INC.**  )<br>**and ASHLEY FEINBERG,**  )<br>)<br>Defendants.  )  | Case No. 1:19-cv-536-HSO-JCG |

## PLAINTIFF'S MOTION FOR JURISDICTIONAL DISCOVERY, TO DENY WITHOUT PREJUDICE DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR, IN THE ALTERNATIVE, TO STAY PLAINTIFF'S DEADLINE TO RESPOND

For the reasons set forth in the memorandum brief submitted concurrently herewith, Plaintiff Derrick Evans moves this Court to allow jurisdictional discovery. In support of this Motion, Plaintiff Derrick Evans submits a Memorandum of Authorities and the following exhibits:

**Exhibit "A":** Comment Login

**Exhibit "B":** Member Signup

**Exhibit "C":** Free Member Signup Page

**Exhibit "D":** HuffPost Stuff Main Website

**Exhibit "E":** Terms of Service

**Exhibit "F":** Privacy Policy Excerpt

**Exhibit "G":** Privacy Dashboard

**Exhibit "H":** Collection of Mississippi Articles

**Exhibit "I":** Huffington Post Article on Derrick Evans

**Exhibit "J":**   Derrick Evans Email Exchange with Huffington Post Reporter

**Exhibit "K":**   Huffington Post Reporter Ja'han Jones Tweets

**Exhibit "L":**   Ja'han Jones Emmitt Till Memorial Story

**Exhibit "M":** Mississippi Targeted Ads

This is the 28th day of October, 2019.

          DERRICK EVANS

          By his attorneys,

          *s/ Charles E. Cowan*
          John P. Sneed, Bar No. 7652
          Charles E. Cowan, Bar No. 104478
          WISE CARTER CHILD & CARAWAY, P.A.
          600 Heritage Building
          401 East Capitol Street
          Jackson, Mississippi 32901
          Telephone:  (601) 968-5500
          Email:  jps@wisecarter.com
                  cec@wisecarter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

This is the 28th day of October, 2019.

          *s/ Charles E. Cowan*
          CHARLES E. COWAN