UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK EVANS,<br><br>        *Plaintiff*,<br><br>v.<br><br>THE HUFFINGTONPOST.COM, INC. and ASHLEY FEINBERG,<br><br>        *Defendants.* | Civil Action No.: 1:19-CV-00536-HSO-JCG |

### **DEFENDANTS' MOTION FOR JURISDICTIONAL DISCOVERY**

TheHuffingtonPost.com, Inc. ("HuffPost") and Ashley Feinberg (collectively, "Defendants") file this Motion for Jurisdictional Discovery pursuant to this Court's local rules and the Court's Text Order of September 21, 2020.

For the reasons discussed in Defendants' accompanying Memorandum of Law, which is incorporated herein by reference, Defendants should be allowed jurisdictional discovery of Plaintiff Derrick Evans regarding his assertion that personal jurisdiction exists over Defendants under the "tort" prong of the Mississippi long-arm statute

Wherefore, Defendants request that this Court enter an order allowing Defendants to engage in jurisdictional discovery of Plaintiff.

Dated: October 1, 2020.

                                              Respectfully Submitted,

                                              *s/ Michael J. Bentley*
                                              W. Wayne Drinkwater (MBN 6193)
                                              wdrinkwater@bradley.com
                                              Michael J. Bentley (MBN 102631)

mbentley@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
Suite 1000, One Jackson Place
188 East Capitol Street
Post Office Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

Joseph J. Saltarelli (PHV)
jsaltarelli@HunonAK.com
Sherli Furst (PHV)
sfurst@HuntonAK.com
Silvia Ostrower (PHV)
sostrower@HuntonAK.com
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166-0005
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

Ann Marie Mortimer (Pro Hac Vice Pending)
amortimer@HuntonAK.com
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone: (213) 532-2000

*Attorneys for Defendants TheHuffingtonPost.com, Inc. and Ashley Feinberg*

CERTIFICATE OF SERVICE

    I hereby certify that on October 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    s/ Michael J. Bentley
    Michael J. Bentley

2