### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DERRICK EVANS** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:19-cv-536-HSO-RHWR |
| | § | |
| **HUFFINGTON POST.COM, INC.,** | § | **DEFENDANTS** |
| and **ASHLEY FEINBERG** | § | |

### ORDER STAYING CASE

This matter is before the Court *sua sponte*. In a factually similar case, *Johnson v. TheHuffingtonPost.com, Inc.*, the United States Court of Appeals for the Fifth Circuit is currently considering a petition for rehearing en banc of its decision affirming the dismissal of that case for lack of personal jurisdiction. *See Johnson v. TheHuffingtonPost.com, Inc.*, 21 F.4th 314 (5th Cir. 2021). The instant cause of action involves questions of fact and law that are substantially similar to those addressed in *Johnson*; therefore, the resolution of the petition for en banc review in *Johnson* is likely to have a material effect on the proceedings in the instant cause of action. In the interests of judicial efficiency, the Court finds that this case should be stayed pending resolution of the *Johnson* appeal. Once the petition in *Johnson* is resolved by the Fifth Circuit, the Court will lift the stay.

**SO ORDERED AND ADJUDGED** this the 29th day of March 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE